# Court of Appeals
# of the State of Georgia

ATLANTA, September 26, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0100.  LINCOLN C. MCGAHEE v. THE STATE.**

Lincoln McGahee pled guilty to rape and burglary and was sentenced to twenty-five years.  McGahee subsequently filed numerous pro se motions, including: a motion for sentence modification; a motion to vacate a void sentence; a motion to withdraw his guilty plea; and a motion for out-of-time appeal.  By order entered July 11, 2012, the trial court denied or dismissed these motions.  McGahee filed a notice of appeal from this ruling on August 23, 2012.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, McGahee's notice of appeal was filed 43 days after entry of the order he seeks to appeal.  Accordingly, we lack jurisdiction to consider McGahee's appeal, which is hereby DISMISSED as untimely.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/26/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*